# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

CARLOS LONGLEY

Case Number: 6:06-CR-206-ORL-22GJK

USM Number: 26494-018

Peter Warren Kenny, FPD
201 S. Orange Ave, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, 5, 6, and 7 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to reside Community Confinement Facility | June 25, 2008 |
| Two | Failure to work regularly at a lawful occupation. | May 14, 2008 |
| Three | Failure to submit to urinalysis | June 14, 2008 |
| Four | Failure to submit to urinalysis | June 23, 2008 |
| Five | Failure to submit to urinalysis | June 25, 2008 |
| Six | Failure to make restitution payments in violation of this Court's order. | July 8, 2008 |
| Seven | Failure to participate in a drug aftercare treatment. | June 30, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/8/2009

_____
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

January ___8___, 2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

CARLOS LONGLEY  
6:06-CR-206-ORL-22GJK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case